**EXHIBIT D**

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                          WESTERN DIVISION

 4

 5   FRANK ORTEGA and TROY LAMBERT, )
     on behalf of themselves and    )
 6   all others similarly situated, )
                                    )
 7                  Plaintiffs,     )
                                    )
 8       vs.                        ) Case No.
                                    ) 2:13-cv-05942-ABC-E
 9   NATURAL BALANCE, INC.,         )
     NUTRACEUTICAL CORPORATION, and ) Volume I
10   NUTRACEUTICAL INTERNATIONAL    )
     CORPORATION,                   )
11                                  )
                    Defendants.     )
12   _____)

13

14

15

16

17      VIDEOTAPED DEPOSITION OF GEORGE E. BELCH, Ph.D.

18                     Newport Beach, California

19                    Monday, October 13, 2014

20

21

22

23

24   Reported by:  Tracy Mafi
                  CSR No. 11850
25   NDS Job No.:  166523
```

1

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                          WESTERN DIVISION

 4

 5    FRANK ORTEGA and TROY LAMBERT, )
      on behalf of themselves and    )
 6    all others similarly situated, )
                                     )
 7                  Plaintiffs,      )
                                     )
 8         vs.                       ) Case No.
                                     ) 2:13-cv-05942-ABC-E
 9    NATURAL BALANCE, INC.,         )
      NUTRACEUTICAL CORPORATION, and ) Volume I
10    NUTRACEUTICAL INTERNATIONAL    )
      CORPORATION,                   )
11                                   )
                    Defendants.      )
12    _____)

13

14

15

16

17        VIDEOTAPED DEPOSITION OF GEORGE E. BELCH,

18        Ph.D., taken on behalf of the Defendants, at

19        840 Newport Center Drive, Suite 400, Newport

20        Beach, California, beginning at 9:58 a.m. and

21        ending at 11:24 a.m., on Monday, October 13,

22        2014, before Tracy Mafi, Certified Shorthand

23        Reporter No. 11850.

24

25
                                                                2
```

```
 1    APPEARANCES:

 2    For the Plaintiffs:

 3           LAW OFFICES OF RONALD A. MARRON, APLC
             BY:  SKYE RESENDES, ESQ.
 4           651 Arroyo Drive
             San Diego, California 92103
 5           (619) 696-9006
             skye@consumeradvocates.com
 6

 7    For the Defendants:

 8           IRELL & MANELLA, LLP
             BY:  ANDRA B. GREENE, ESQ.
 9           840 Newport Center Drive
             Suite 400
10           Newport Beach, California 92660
             (949) 760-0991
11           agreene@irell.com

12

13    Also Present:

14           JOHN AREL, The Videographer

15

16

17

18

19

20

21

22

23

24

25
```

3

1    or 12th.  I was contacted initially by TASA, and

2    then TASA basically just gave me the information on

3    the case, and then I contacted to discuss it with --

4    get an overview of it from them.

5         Q    When you say "from them," is that with          10:08:30

6    TASA?

7         A    No.  From Ron Marron's offices.

8         Q    Now, what were you asked to do?

9         A    Well, I was asked if I could review a

10   report done by Dr. Seggev that was regarding a            10:08:49

11   market research study that was done on consumer

12   perceptions of the Cobra Sexual Energy product, and

13   I was asked if I would review that particular report

14   and opine on various aspects of it.

15        Q    And was that, in fact, what you did?            10:09:07

16        A    That was one thing I did.  I was also asked

17   to opine on what the interpretation of a reasonable

18   consumer's interpretation might be of the claims

19   made on the Cobra Sexual Energy product.

20        Q    And I take it you were not asked to conduct    10:09:29

21   your own market survey; is that correct?

22        A    I was not.

23        Q    That's something you could have done, but

24   you were not asked to do that; right?

25        A    I was not asked to do that.                     10:09:39

17

```
 1        A    That is correct.
 2        Q    From looking at the packaging, who would
 3   you say is the target market for the product?
 4        A    Looking at the packaging?  Based upon the
 5   packaging and the information, the target market is     10:47:56
 6   males looking for a sexual performance enhancement
 7   product.
 8        Q    What does the phrase "sexual energy" mean
 9   to you?
10             MS. RESENDES:  Objection; outside the scope   10:48:12
11   of the expert's opinion.
12             THE WITNESS:  That it would give me the
13   energy to perform well sexually.
14   BY MS. GREENE:
15        Q    "Perform well" meaning what?                  10:48:22
16        A    To enjoy a sexual experience.
17        Q    What does that mean?
18        A    Well, it could mean anywhere from feeling a
19   strong sex drive to actually performing or having
20   the sexual experience enhanced by either feelings       10:48:43
21   that one might have or ability to perhaps maintain
22   an erection.  Just general feelings, sensory
23   feelings that one might have doing it.
24        Q    Different things to different people?
25             MS. RESENDES:  Objection.  Is that a          10:49:08
```

50

```
 1   question?
 2   BY MS. GREENE:
 3       Q    It's my question to you.
 4       A    Could you repeat your question?
 5       Q    So it could mean different things to        10:49:13
 6   different people?
 7       A    Sexual energy?
 8       Q    Yes.
 9       A    It could.
10       Q    And there's a phrase on the box "Take      10:49:21
11   virility to the max"; right?
12       A    Correct.
13       Q    What does that mean?
14            MS. RESENDES:  Objection; outside the scope
15   of the expert's opinion.                            10:49:35
16            THE WITNESS:  Well, virility would be to,
17   again, enhance one's sexual performance.
18   Interpreting being virile to be someone who performs
19   well sexually and that would help maximize one's
20   sexual performance, again.                          10:49:54
21   BY MS. GREENE:
22       Q    "Virility" means what?
23            MS. RESENDES:  Same objection.
24            THE WITNESS:  Being sexually potent, being
25   sexually strong.                                    10:50:03
```

51

```
 1    BY MS. GREENE:
 2       Q    Manly?
 3       A    Could be manly, yes.
 4            MS. RESENDES:  Same objections.
 5    BY MS. GREENE:                                    10:50:08
 6       Q    And there's a phrase, "Perform your best
 7    with animal magnetism."
 8            MS. RESENDES:  Objection; outside the scope
 9    of the expert's opinion.
10    BY MS. GREENE:                                    10:50:17
11       Q    You mention that in your report; right?
12       A    Yes.
13       Q    What does that mean?
14            MS. RESENDES:  Same objection.
15            THE WITNESS:  Well, you have to look at   10:50:22
16    what that means in the context of all the claims
17    made on the package.  So there are multiple claims
18    made on this package mentioning sexual performance.
19    And if I interpret that in the context of performing
20    with animal magnetism, I think that's kind of a    10:50:40
21    popular culture idea that -- you hear people
22    sometimes say he -- or I guess it could be a she --
23    could be a sexual animal.  Meaning that they perform
24    well.
25    BY MS. GREENE:                                    10:50:55
```

52

```
 1       Q   Or you exude animal magnetism.  You've
 2   heard that phrase before, haven't you?
 3           MS. RESENDES:  Same objection.
 4           THE WITNESS:  Which I guess would mean
 5   making one attractive to the opposite sex or could
 6   be today the same sex.
 7   BY MS. GREENE:
 8       Q   It could be a variety of things, I suppose.
 9           MS. RESENDES:  Same objection.
10   BY MS. GREENE:                                      10:51:11
11       Q   Right?
12       A   It could be different things.
13       Q   And "Perform your best."  That's very
14   individual, isn't it?
15           MS. RESENDES:  Objection; outside the scope 10:51:21
16   of the expert's testimony.
17           THE WITNESS:  Yes.
18   BY MS. GREENE:
19       Q   My best might be considered very poor for
20   someone else, I suppose; right?                     10:51:31
21           MS. RESENDES:  Same objection.
22           THE WITNESS:  I think "perform your best"
23   means that it helps you -- in the context of this
24   product, help you perform best in a sexual
25   encounter.                                          10:51:45
```

53

```
 1    BY MS. GREENE:
 2        Q    Whatever that means for me; right?
 3             MS. RESENDES:  Same objection.
 4             THE WITNESS:  Well, I'm not certain what
 5    you understand.                                    10:51:55
 6    BY MS. GREENE:
 7        Q    Well, if you say "perform your best," it's
 8    whatever a person thinks is their best; right?
 9             MS. RESENDES:  Same objection.
10             THE WITNESS:  Yes.                        10:52:03
11    BY MS. GREENE:
12        Q    It's not saying you will last "X" number of
13    minutes; right?
14             MS. RESENDES:  Same objection.
15             THE WITNESS:  "Perform your best" could   10:52:14
16    mean that.  It depends on what -- how it's
17    interpreted by the individual.
18    BY MS. GREENE:
19        Q    Again, it's very much how the individual
20    interprets it; correct?                            10:52:24
21             MS. RESENDES:  Same objection.  Misstates
22    the testimony.
23             THE WITNESS:  It would be individual
24    interpretation, yes.
25    BY MS. GREENE:                                     10:52:30
```

54