**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
DAVID ELLIOT (270381)
*david@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (480) 247-4553

*Counsel for Plaintiff*

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone:  (619) 696-9006
Facsimile:   (619) 564-6665

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COBRA SEXUAL ENERGY SALES PRACTICES LITIGATION | Case No: CV 13-05942-AB-Ex<br><br>**PLAINTIFF'S NOTICE OF FILING 23(f) MOTION FOR PERMISSION TO APPEAL**<br><br>Judge: The Honorable André Birotte Jr.<br>Location: Courtroom 4 |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Plaintiff Troy Lambert has filed a motion pursuant to Fed. R. Civ. P. 23(f) with the United States Court of Appeals for the Ninth Circuit for permission to appeal this Court's Order Granting Defendant's Motion for Class Decertification (Doc. 175) and Order Denying Plaintiff's Motion for Reconsideration of the Court's Order Granting Defendant's Motion for Class Decertification (Doc. 195). The docket number for the appeal is 15-80119.

Dated: July 30, 2015              Respectfully submitted,

/s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
DAVID ELLIOT
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (480) 247-4553

**THE LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
SKYE RESENDES
651 Arroyo Drive
San Diego, CA 92103
Telephone:  (619) 696-9006
Facsimile:   (619) 564-6665

***Counsel for Plaintiff***

---

1