**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
ANDREW C. HAMILTON (299877)
*andrew@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (305541)
*mike@consumersadvoctes.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**Class Counsel**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COBRA SEXUAL ENERGY SALES PRACTICES LITIGATION | Case No: CV 13-05942-AB-Ex<br><br>**PLAINTIFF'S STATUS REPORT RE APPEAL**<br><br>Judge: The Honorable André Birotte, Jr.<br>Location: Courtroom 4<br><br>Next Status Report Due December 14, 2018 |

1    Pursuant to the Court's September 17, 2015 and June 19, 2018 orders (Docs. 201
2 and 234), Plaintiff respectfully submits the following status report regarding his appeal.
3    On September 15, 2017, the Ninth Circuit issued an opinion reversing the Court's
4 order decertifying the class. *Lambert v. Nutraceutical Corp.*, 870 F.3d 1170 (9th Cir.
5 2017).
6    On September 29, 2017, Defendant filed a petition for *en banc* rehearing, which
7 was denied when no judge called for a vote on it, on November 3, 2017. 9th Cir. Doc. 40.
8    The mandate of the Ninth Circuit was automatically stayed during the pendency of
9 an *en banc* petition, but not during the pendency of a Supreme Court petition. For this
10 reason on November 7, 2017 Defendant filed a motion to stay the issuance of mandate for
11 90 days pending the filing of its petition to the Supreme Court for a writ of certiorari.
12    The merits panel that heard the appeal jointly granted the motion the same day, but
13 seemingly did so indefinitely rather than for 90 days. 9th Cir. Doc. 42. In any event,
14 Plaintiff does not oppose a stay of mandate pending the Writ of Certiorari.
15    Defendant filed a Petition for a Writ of Certiorari with the Supreme Court on
16 February 1, 2018. The petition was docketed and assigned case number 17-1094. Plaintiff
17 opposed the Petition for Writ on May 14, 2018, and Defendant submitted its reply brief
18 on May 23, 2018. On June 25, 2018, the Supreme Court granted Defendant's Petition.
19    On July 24, 2018, the Parties filed a joint motion to extend the time for them to file
20 their respective briefs, which was granted on July 30, 2018. Defendant submitted its
21 opening brief on the merits on August 20, 2018. The deadline for Plaintiff to submit his
22 brief on merits is October 1, 2018.
23 //
24 //
25 //
26 //
27 //
28

| | |
|---|---|
| Dated: September 17, 2018 | Respectfully submitted,<br><br>/s/ Gregory S. Weston<br>**THE WESTON FIRM**<br>GREGORY S. WESTON<br>ANDREW C. HAMILTON<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:  (619) 798-2006<br>Facsimile:   (619) 343-2789<br><br>**LAW OFFICES OF RONALD A. MARRON**<br>RONALD A. MARRON<br>MICHAEL T. HOUCIN<br>651 Arroyo Drive<br>San Diego, CA 92103<br>Telephone:  (619) 696-9006<br>Facsimile:   (619) 564-6665<br><br>**Class Counsel** |