# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 13-05942-AB (Ex) | Date: December 13, 2019 |
| Title: Troy Lambert v. Natural Balance Inc et al | |

**Present: The Honorable**  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gregory S Weston | Joseph Alan Reiter |

**Proceedings:** HEARING ON THE PARTIES FURTHER BRIEFING REGARDING CLASS CERTIFICATION;

DEFENDANT NUTRACEUTICAL CORP.'S MOTION FOR LEAVE TO FILE SUR-REPLY [261]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.