UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 13-05942-AB (Ex) | Date: | September 1, 2020 |
|---|---|---|---|

Title: *Troy Lambert et al. v. Nutraceutical Corporation*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order Following Telephonic Status Conference and Setting Pretrial and Trial Dates**

    On August 28, 2020, the Court and Counsel conferred at a Telephonic Status Conference. As stated on the record, Defendant Nutraceutical Corporation shall file a Motion to Dismiss for Lack of Subject-Matter Jurisdiction within **21 days**, and in light of this forthcoming threshold Motion, Plaintiff's Motion to Reopen Discovery for Limited Purpose of Obtaining Updated Sales Information (Dkt. No. 277) is hereby **CONTINUED** from September 18, 2020 to **November 6, 2020, at 10:00 a.m.**. The Court strongly encourages the parties not to engage in unnecessary motion practice regarding jurisdictional discovery, and notes that defense counsel represented on the record that they "intend to provide [the sales] information" that Plaintiff seeks.

    The Parties are further **ORDERED** to file a brief Status Report regarding the outcome of their mediation, set for September 8, 2020 with the Honorable Jay C. Gandhi (Ret.), on or before **September 16, 2020**.

The Court also sets the following Schedule of Pretrial and Trial Dates Worksheet. **IT IS SO ORDERED**.

## JUDGE ANDRÉ BIROTTE JR.
## SCHEDULE OF PRETRIAL AND TRIAL DATES

| Trial and Final Pretrial Conference Dates | | Court Order mm/dd/yyyy |
|---|---|---|
| Trial | | June 8, 2021 at 8:30 a.m.<br>☒ Jury Trial<br>☐ Court Trial<br>6 Day(s) |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | | May 21, 2021 at 11:00 a.m. |
| **Event** [1]<br>*Note:* Hearings shall be on Fridays at 10:00 a.m.<br>Other dates can be any day of the week. | Weeks Before FPTC | Court Order mm/dd/yyyy |
| Last Date to *Hear* Motion to Amend Pleadings/Add Parties   [Friday] | | N/A |
| Non-Expert Discovery Cut-Off | 17 | N/A |
| Expert Disclosure (Initial) | | N/A |
| Expert Disclosure (Rebuttal) | | N/A |
| Expert Discovery Cut-Off | 12[2] | N/A |
| Last Date to *Hear* Motions   [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | Nov. 13, 2020<br><br>Pursuant to this Court's Standing Order, this Court does not entertain cross-motions for summary judgment. |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | Nov. 30, 2020<br>☒ 1. Magistrate Judge<br>☐ 2. Court's Mediation Panel<br>☐ 3. Private Mediation |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | April 30, 2021 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony   *(court trial only)* | 2 | May 7, 2021 |