**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (305541)
*mike@consumersadvoctes.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**Class Counsel**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COBRA SEXUAL ENERGY SALES PRACTICES LITIGATION | Case No. 2:13-cv-05942-AB-Ex<br><br>**NOTICE OF CLASS ACTION SETTLEMENT AND PROPOSED SCHEDULING ORDER**<br><br>Judge: The Honorable André Birotte, Jr.<br>Location: Courtroom 7B |

The Parties are pleased to inform the Court that their September 8, 2020 mediation before the Honorable Jay Gandhi resulted in a complete, signed term sheet for a class-wide settlement.

Plaintiff proposes the following schedule for the Court's review of the settlement:

| Date | Event |
|---|---|
| October 23, 2020 | Deadline to file Motion for Preliminary Approval of Settlement |
| November 6, 2020, 10:00 a.m. | Telephonic Hearing on Motion for Preliminary Approval |
| January 15, 2021 | Motion for Final Approval of Settlement |
| February 19, 2021, 10:00 a.m. | Fairness hearing |
| All other deadlines suspended | |

Dated: September 14, 2020           Respectfully submitted,


/s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
MICHAEL T. HOUCHIN
651 Arroyo Drive
San Diego, CA 92103

**Class Counsel**