
Case 2:13-cv-05942-AB-E   Document 287-2   Filed 10/23/20   Page 1 of 6   Page ID #:7536
| | |
|---|---|
| **THE WESTON FIRM** <br> GREGORY S. WESTON (239944) <br> *greg@westonfirm.com* <br> 1405 Morena Blvd., Suite 201 <br> San Diego, CA 92110 <br> Telephone:  (619) 798-2006 <br> Facsimile:  (619) 343-2789 <br><br> **Class Counsel** | **LAW OFFICES OF RONALD A. MARRON, APLC** <br> RONALD A. MARRON (175650) <br> *ron@consumersadvocates.com* <br> MICHAEL T. HOUCHIN (305541) <br> *mike@consumersadvocates.com* <br> 651 Arroyo Drive <br> San Diego, CA 92103 <br> Telephone:  (619) 696-9006 <br> Facsimile:  (619) 564-6665 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COBRA SEXUAL ENERGY SALES PRACTICES LITIGATION | Case No: 2:13-cv-05942-AB-Ex <br><br> **DECLARATION OF GAJAN RETNASABA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Judge: The Honorable André Birotte, Jr. <br> Date:   November 6, 2020 <br> Time:  10:00 a.m. <br> Location: Courtroom 7B |

I, Gajan Retnasaba, declare:

1. I am a Partner at Classaura LLC, a class action administration firm. I have been the project lead on cases including *Mason v. Heel*, *Hilsley v. Ocean Spray Cranberries*, and *In re Quaker Oats Labeling Litigation*. I founded the popular class action advocacy website ClassActionRebates.com. My prior experience includes being a litigation associate at Jones Day and a senior associate at McKinsey & Company. I hold a J.D. from Harvard Law School and a Bachelor of Engineering from the University of New South Wales.

2. I have been asked by Class Counsel in this action to prepare a plan for class notice and distribution, should judgment for a plaintiff class create a common fund for the class.

**CLASS SIZE AND DEMOGRAPHICS**

3. Because a record of all California buyers of Cobra Sexual Energy does not exist, I recommend that notice be disseminated to the state's residents that are most likely to be users of the product: men over 40 years old.

4. The *Massachusetts Male Aging Study* published in the Journal of Urology in 1994 found that erectile dysfunction is most prevalent in men over the age of 40, with age being the variable most strongly associated with erectile dysfunction. Similarly, a more recent 2004 study of the usage of Viagra, a prescription drug commonly used in the treatment of erectile dysfunction, found that usage rises with age with men 46 to 55 years old being 7 times more likely to use Viagra than men 18 to 45 (*Patterns of Use of Sildenafil Among Commercially Insured Adults in the United States: 1998-2002*, International Journal of Impotence).

5. The United States Census Bureau estimates the 2019 population of California to be 39.5 million. Of all Californians 8.6 million are in our target group of male, ages 40 or older.

**SETTLEMENT WEBSITE**

6. Should the court grant preliminary approval of the settlement, a website would be set up to include both the summary and long-form versions of the Judgment Notice, that will describe the judgment, describe the process for making claims, for objecting to the settlement, and for opting out of the settlement. It will also give notice that an attorney fee application will be made and describe how class members may obtain a copy of the fee application from the administrator or online, and how they may oppose the application.

7. The website would allow claims to be made entirely online with a form where class members can file their claim, including uploading proof of purchase if applicable. The claim form will be secured using 128-bit encryption, which is the commercial standard. Claim data will be stored in a secure database. The website will also allow class members to download claim forms that can be printed and submitted by mail.

8. The website will provide email, phone, and postal contacts for class members to request further information, hard copies of information, or help in the claim filing process. The website will be updated as needed. For class members who are unwilling or unable to use the website or make claims online, the Judgment Notice, in both its long and summary forms, and claim forms will be provided via a toll-free telephone number.

**DIRECT NOTICE**

9. Counsel have informed me that there were a small number of class members who purchased Cobra directly from the Cobra website and that they will provide me with this list of class members. These class members will be notified of the settlement via email, if an email address is available. If an email address is not available, they will be notified via postal mail.

**ONLINE NOTICE**

10. Facebook is the media outlet where Californians spend the most time, with approximately 29 million registered users in the state who use the site at least once per month. Of these registered users, 5.4 million are in the target population of California men over 18.

11. I recommend that Facebook ads providing a brief notice that a class has been certified of California buyers of specified Cobra Sexual Energy be published 3 million times on Facebook, limited to California users of Facebook, and targeted to users who are men over 40. The notice will also include a link to the class website where consumers can learn more about the lawsuit.

12. Facebook enables advertising to be published to unique individuals so that duplicate advertisements are not shown to the same person. Thus, the campaign will reach 3 million, of Facebook's registered California users in the target group.

**PRESS RELEASE**

13. PR Newswire is a national press release service used by journalists as a source for news. Press releases sent through PR Newswire often end up as articles in news media websites such as CNBC.com, MarketWatch.com, Reuters.com, Yahoo.com and local media affiliates of the major television networks ABC, NBC, and CBS. The press release will contain information about the class settlement and the address for the dedicated settlement website. I recommend the publication of a national press release on PR Newswire.

14. I further recommend that details of the settlement be forwarded to class action advocacy websites (such as TopClassActions.com and ClassActionRebates.com) that are frequently used by members of the public interested in keeping updated on their eligibility for settlements.

**CLRA NOTICE**

15. California's Consumers Legal Remedies Act (CLRA §1781) requires published notice in a newspaper of general circulation in the county of the transaction, once a week for four consecutive weeks. Accordingly, I propose publication over four consecutive weeks in the Daily Commerce, a newspaper in Los Angeles County—the county where Plaintiff alleges his transactions took place.

**METHODS FOR PREVENTING PAYMENT OF ERRONEOUS, DUPLICATIVE, AND FRAUDULENT CLAIMS**

16. I would undertake several methods of preventing payment of invalid claims.

17. To prevent duplication, all online claims would be loaded into an electronic database. Claims received by mail would be manually entered into the same database. An algorithm would then be run to identify duplicate entries, including those that are not exact duplicates, but involve small variations in names or addresses.

18. One type of erroneous claim is an incomplete claim. To the extent possible, the information contained within the incomplete claims will be used to notify the submitter of the incomplete claim. A second type of erroneous claim is one that does not match with a database of United States addresses. Where possible, these addresses will be corrected, or individuals will be contacted and encouraged to resubmit a correct claim.

19. Fraudulent claims are less significant in cases such as this where monetary payments are relatively small. Moreover, merely requiring claims forms be submitted under "penalty of perjury" substantially deters fraud. Nonetheless, fraud can be further reduced by utilizing fraud detection techniques and rejecting fraudulent claims. The claims database will be queried to report signs of fraud such as: (1) multiple online claims made from the same Internet Protocol ("IP") address; (2) multiple highly similar claims, (3) claims requesting payment be sent to penal institutions, and (4) requiring

4

*In re Cobra Sexual Energy Sales Practices Litig.*, Case No. 2:13-cv-13-05942-AB-Ex
DECLARATION OF GAJAN RETNSABA

claims that request payment be sent to an address outside California provide proof of their residence in California during the class period.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 23, 2020, in Atlanta, GA.

Gajan Retnasaba

DATED: October 23, 2020                Respectfully Submitted,

/s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
MICHAEL T. HOUCHIN
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**Class Counsel**

5

*In re Cobra Sexual Energy Sales Practices Litig.*, Case No. 2:13-cv-13-05942-AB-Ex
DECLARATION OF GAJAN RETNASABA