1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   *greg@westonfirm.com*
3  1405 Morena Blvd., Suite 201
   San Diego, CA 92110
4  Telephone:  (619) 798-2006
   Facsimile:   (619) 343-2789
5
6
7  **Class Counsel**

**LAW OFFICES OF RONALD
A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone:  (619) 696-9006
Facsimile:   (619) 564-6665

8
9
10
11                    **UNITED STATES DISTRICT COURT**
12
13                    **CENTRAL DISTRICT OF CALIFORNIA**

14  IN RE COBRA SEXUAL ENERGY       Case No: 2:13-cv-05942-AB-Ex
    SALES PRACTICES LITIGATION
15
                                    **DECLARATION OF GAJAN RETNASABA
16                                  IN SUPPORT OF FINAL APPROVAL OF
                                    CLASS ACTION SETTLEMENT**
17
18                                  Judge: The Honorable André Birotte, Jr.
                                    Date:   April 2, 2021
19                                  Time:  10:00 a.m.
                                    Location: Courtroom 7B
20
21
22
23
24
25
26
27
28

I, Gajan Retnasaba, declare:

1.     I am a Partner at Classaura LLC, a class action administration firm. I have been the project lead on cases including *Mason v. Heel*, *Hilsley v. Ocean Spray Cranberries*, and *In re Quaker Oats Labeling Litigation*. I founded the popular class action advocacy website ClassActionRebates.com. My prior experience includes being a litigation associate at Jones Day and a senior associate at McKinsey & Company. I hold a J.D. from Harvard Law School and a Bachelor of Engineering from the University of New South Wales.

2.     Classaura was appointed by this Court, to serve as the Claims Administrator to, among other tasks, publish notice of the proposed class action settlement; receive and process Claim Forms; respond to Class Member inquiries; establish and maintain the settlement website (cobralawsuit.com) (hereinafter, "the Settlement Website") and perform other duties as specified in the Settlement Agreement preliminarily approved by this Court on November 9, 2020. *See* Dkt. 290.

## ONLINE NOTICE PUBLICATION

3.     On January 10, 2021, Classaura began an online advertising campaign on Facebook.

4.      The advertising targeted adult males over the age of 40 residing in California.

5.     The Facebook advertising campaign generated 3,006,291 impressions. An "impression" (in the context of online advertising) is the number of times an advertisement was displayed to an individual. The impression is displayed and gives an individual the opportunity to click on the advertisement and be directed to the Settlement Website for more information. Each time an ad is displayed to a visitor, it is counted as one impression.

## PRESS RELEASE

6.     Classaura crafted a neutral informational press release, providing a

1

summary of the settlement. On January 8, 2021, the press release was released using the PR Newswire's US1 National Newsline. US1 National Newsline provides the press release to thousands of media outlets across the country, including national and local newspapers, websites, and television and radio stations. A true and correct copy of the press release along with a summary report of outlets that picked up the release is attached hereto as **Exhibit A**.

## PHONE LINE

7.     A dedicated toll-free number (888-977-3554) was set up on January 8, 2021 providing pre-recorded information and allowing class members to leave a voicemail requesting further information.

## WEBSITE & EMAIL

8.     The Settlement Website (www.cobralawsuit.com) was set up on December 29, 2020, providing information on the lawsuit and access to case documents. The website includes a summary of the case, a list of important dates, answers to frequently asked questions, key case filings, and contact information. The Settlement Website also displayed the claim filing deadline; the deadline to opt-out of the class settlement; the deadline to submit an objection; and the date of the Fairness Hearing. The website address was set forth in all of the public notices described above, as well as on the Claim Form.

9.     A dedicated email address (contact@cobralawsuit.com) was set up on December 30, 2020 to answer questions from potential class members. To date we have received and answered 21 emails.

## CAFA NOTICE

10.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Classaura compiled a CD-ROM containing the following documents:

   a.  The Complaint, First Amended Complaint, Second Amended Complaint, and associated exhibits in the litigation;

2

b. The District Court's order granting-in-part and denying-in-part Defendant's Motion to Dismiss;

c. The District Court's order granting Class Certification;

d. The District Court's order granting Defendant's Motion for Class Decertification;

e. The Court of Appeal's order for Reversal;

f. The Supreme Court's order for Reversal of the Court of Appeals;

g. The Court of Appeal's order dismissing Defendant's Appeal;

h. The District Court's order rescinding Class Decertification;

i. The District Court's order granting Plaintiff's Motion for Preliminary Approval of Settlement;

j. The Motion for Preliminary Approval of Settlement;

k. The Long-Form and Short-Form notifications that will be provided to class members informing them of the proposed settlement and their right to be excluded from the class (attached as Exhibits 2 and 3 to the Motion for Preliminary Approval of Settlement);

l. The parties' Proposed Settlement Agreement (attached as Exhibit 1 to the Motion for Preliminary Approval of Settlement); and

m. A partial list of potential class members who purchased the product directly from the defendant

11.    The CD-ROM was accompanied by a cover letter (collectively, the "CAFA Notice Packet"). A true and correct copy of the cover letter is attached hereto as **Exhibit B**.

12.    On November 15, 2020, CAFA Notice was mailed via United States Postal Service (USPS), Priority Mail Service, to the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, and the Attorneys General of the 5 recognized U.S. Territories. The 90-day period for federal or state government

3

objections has now elapsed, and no state or federal official has raised an objection to the settlement.

13.    We have retained copies of the CD. Copies of the CD will be made available to the court on request.

## CLRA NOTICE

14.    California's Consumers Legal Remedies Act (Civ. Code §1781) requires published notice in a newspaper of general circulation in the county of the transaction, once a week for four consecutive weeks. Accordingly, we published notice in the *Daily Commerce* on January 12, January 19, January 26, and February 2, 2021. A true and correct copy of the advertisements and an affidavit of publication from the publisher are attached hereto as **Exhibit C**.

## CLAIMS

15.    To date we have received 8,082 claim forms from class members with valid California addresses. Of these claims, 8,080 forms were submitted electronically, and 2 claim forms were submitted via mail.

16.    Based on an initial review of claims submitted, we found 725 claim forms to be invalid due to being duplicative or not meeting the settlement criteria. A claim was judged duplicative if multiple identical or near identical claims were filed. Thus, to date we have received 7,357 valid claim forms.

17.    Based on the current rate of submissions, we estimate that there will be there approximately 9,931 valid claims by the claim deadline of March 6, 2021. Thus, each class member who submitted a valid claim form will receive approximately $8.13.

## REQUESTS FOR EXCLUSION

18.    The deadline for Class Members to object to the Settlement or request to be excluded from the class is a postmarked deadline of March 6, 2021. We have received one (1) request to opt-out of the settlement to date.

*In re Cobra Sexual Energy Sales Practices Litig.*, Case No. 2:13-cv-13-05942-AB-Ex
DECLARATION OF GAJAN RETNASABA

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 26, 2021, in Atlanta, GA.

Gajan Retnasaba

DATED: February 26, 2021                    Respectfully Submitted,

                                            /s/ Gregory S. Weston

                                            **THE WESTON FIRM**
                                            GREGORY S. WESTON
                                            1405 Morena Blvd., Suite 201
                                            San Diego, CA 92110
                                            Telephone:   (619) 798-2006

                                            **LAW OFFICES OF RONALD A. MARRON, APLC**
                                            RONALD A. MARRON
                                            MICHAEL T. HOUCHIN
                                            651 Arroyo Drive
                                            San Diego, CA 92103
                                            Telephone:   (619) 696-9006
                                            Facsimile:    (619) 564-6665

                                            **Class Counsel**

5

# Exhibit A

# Classaura Announces Cobra Sexual Health Class Action Settlement

NEWS PROVIDED BY
**Classaura** ➞
Jan 08, 2021, 21:18 ET

LOS ANGELES, Jan. 8, 2021 /PRNewswire/ -- A proposed settlement has been reached in the Cobra Sexual Energy Sales Practices Litigation, a class action lawsuit. The proposed settlement establishes a $100,000 settlement fund.  Class members may be eligible for cash payments of up to $100.

On November 9, 2020, United States District Court for the Central District of California, Judge André Birotte Jr, preliminarily approved a settlement of a lawsuit between Nutraceutical and purchasers of Cobra Sexual Energy.  The class action claims the herbal supplement Cobra Sexual Energy is falsely advertised and an unapproved aphrodisiac in violation of California law. The defendant strongly denies this, and the Court has made no decision on these issues. The case was litigated for seven years, and rather than continue litigating the case in court, the two sides have agreed to a class action settlement.

The proposed settlement establishes a $100,000 settlement fund and eligible class members may be eligible for cash payments of up to $100 if they have a proof of purchase and up to $10 if they do not have a proof of purchase. In addition to the cash relief, the defendant has also agreed to make certain changes to Cobra's label.

You may be a member of the settlement class if you purchased any Cobra Sexual Energy product in California between August 9, 2014 and December 31, 2020. A class action settlement gives you certain rights, including the right to make a claim for your share of a cash settlement fund, and also has certain deadlines.

You now have the following options. First, the attorneys who filed the case and were appointed to represent you recommend that you go to the settlement website (CobraLawsuit.com) and file a claim form, and then receive a payment if the Court approves the settlement. Second, you can ignore this notice and do nothing. You will not get a settlement payment, but you will give up the right to sue over claims related to Cobra's labels and advertising, though not for personal injury. Third, you can exclude yourself. If you exclude yourself, you get no settlement payment but keep the right to sue over these claims at your own expense. Finally, you can object to the settlement and tell the judge why you do not want the settlement to be approved.

You can make a claim at CobraLawsuit.com, as well as get more detailed information about this case, the settlement, and your options, as this is a summary only. If you need help and cannot access the Internet, you can also ask questions by mail by writing to Cobra Sexual Energy Litigation, c/o Classaura, 1718 Peachtree St NW #1080, Atlanta, GA 30309 or call 1-888-977-3554. If possible, please consult the website CobraLawsuit.com.com before calling. Do not contact Nutraceutical or the Court, except if you are serving and filing an objection. The deadline to file a claim form is March 6, 2021, but your appointed attorneys recommend that you file a claim now if you are eligible so you don't forget later, and to help them plan the cash distribution and estimate the settlement claims rate.

Your rights and options – and the deadlines to exercise them – are only summarized in this press release.  A Long Form Notice describes, in full, how to file a claim, object, or exclude yourself, and provides other important information.  For more information and to obtain a Long Form Notice, claim form or other documents, visit CobraLawsuit.com.

Location: Los Angeles, CA

Filed by: Classaura LLC

Phone: 888-977-3554

SOURCE Classaura

# Pickup

## Overview

| TOTAL PICKUP | **97** |
| --- | --- |
| Exact Match | **96** postings |
| Twitter | **1** Tweet |

| TOTAL POTENTIAL AUDIENCE | **127M** |
| --- | --- |
| Exact Match | **127M** visitors |
| Twitter | **30** followers |

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type



- Newspaper (39/40.2%)
- Online News Sites & Other Influencers (28/28.9%)
- Financial News Service (7/7.2%)
- Trade Publications (6/6.2%)
- News & Information Service (5/5.2%)
- Other (12/12.4%)

## Total Pickup by Industry



- Media & Information (59/60.8%)
- Financial (19/19.6%)
- Medical/Healthcare (8/8.2%)
- Multicultural & Demographic (3/3.1%)
- Business Services (2/2.1%)
- Other (6/6.2%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **96**
Total Potential Audience: **127,449,696**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| <br>yahoo! finance | Yahoo! Finance<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 48,499,683 [1]<br>visitors/month |
| AP | AP NEWS [The Associated Press]<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | 28,823,822 [1]<br>visitors/month |
| MarketWatch | MarketWatch<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 28,050,994 [1]<br>visitors/month |
| CISION<br>PR Newswire | PR Newswire<br>Online 🖥 View Release | Global | PR Newswire | Media & Information | 7,473,928 [1]<br>visitors/month |
| BENZINGA | Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 5,368,378 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Morningstar<br>Online 🖥 View Release | Global | Financial Data, Research & Analytics | Financial | 3,130,074 [1]<br>visitors/month |
| | WFMZ-TV IND-69 [Allentown, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,546,943 [1]<br>visitors/month |
| | Medindia Health Network<br>Online 🖥 View Release | India | Trade Publications | Medical/Healthcare | 1,032,591 [1]<br>visitors/month |
| | KTVN-TV CBS-2 [Reno, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 408,397 [1]<br>visitors/month |
| | Daily Journal [Tupelo, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 233,660 [1]<br>visitors/month |
| | FinancialContent - PR Newswire<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 161,590 [1]<br>visitors/month |
| | WRAL-TV CBS-5 [Raleigh, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 161,590 [1]<br>visitors/month |
| | Townhall Finance<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 161,590 [1]<br>visitors/month |
| | Tamar Securities<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 161,590 [1]<br>visitors/month |
| | IBTimes<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 161,590 [1]<br>visitors/month |
| | Rockford Register Star [Rockford, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 161,590 [1]<br>visitors/month |
| | Great American Financial Resources<br>Online 🖥 View Release | United States | News & Information Service | Financial | 161,590 [1]<br>visitors/month |
| | Franklin Credit Management<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 161,590 [1]<br>visitors/month |
| | Value Investing News<br>Online 🖥 View Release | United States | Financial News Service | Financial | 161,590 [1]<br>visitors/month |

| | Dow Theory Letters<br>Online 🖥 View Release | United States | Banking & Financial Institutions | Financial | 161,590 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | Daily Penny Alerts<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 161,590 [1]<br>visitors/month |
| | Benefit Plans Administrative Services<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 161,590 [1]<br>visitors/month |
| | Ascensus<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 161,590 [1]<br>visitors/month |
| | 1st Discount Brokerage<br>Online 🖥 View Release | United States | Financial News Service | Financial | 161,590 [1]<br>visitors/month |
| | KPVI-TV NBC-6<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 105,918 [1]<br>visitors/month |
| | Canadian Insider<br>Online 🖥 View Release | Canada | Financial News Service | Financial | 101,558 [1]<br>visitors/month |
| | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 74,536 [1]<br>visitors/month |
| | Monterey County Weekly [Seaside, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 69,526 [1]<br>visitors/month |
| | Tracy Press [Tracy, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 58,784 [1]<br>visitors/month |
| | Spoke<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 58,648 [1]<br>visitors/month |
| | ThePress.net<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 34,976 [1]<br>visitors/month |
| | The Daily Press [St. Marys, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 17,289 [1]<br>visitors/month |
| | Daily Herald [Chicago, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 14,236 [1]<br>visitors/month |
| | Ridgway Record [Ridgway, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,421 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | DIY Active<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Medical/Healthcare | 5,630 [1] visitors/month |
| | Ask.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 5,539 [1] visitors/month |
| | Oklahoman [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,161 [1] visitors/month |
| | NewsBlaze US<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 5,139 [1] visitors/month |
| | Buffalo News [Buffalo, NY]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,907 [1] visitors/month |
| | One News Page United States Edition<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,750 [1] visitors/month |
| | Caifornia Business Journal<br>Online 🖥 View Release | United States | Magazine | Media & Information | 3,097 [1] visitors/month |
| | Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,349 [1] visitors/month |
| | Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,324 [1] visitors/month |
| | The Chronicle Journal [Thunder Bay, ON]<br>Online 🖥 View Release | Canada | Newspaper | Media & Information | 2,302 [1] visitors/month |
| | myMotherLode.com [Sonora, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,194 [1] visitors/month |
| | Ticker Technologies<br>Online 🖥 View Release | United States | Financial News Service | Financial | 2,141 [1] visitors/month |
| | Minyanville<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 2,090 [1] visitors/month |
| | Natural Practitioner<br>Online 🖥 View Release | United States | Trade Publications | Medical/Healthcare | 1,867 [1] visitors/month |
| | The Kane Republican [Kane, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,464 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Nutrition Industry Executive<br>Online 🖥 View Release | United States | Trade Publications | Medical/Healthcare | 1,392 [1]<br>visitors/month |
| | The Punxsutawney Spirit [Punxsutawney, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,353 [1]<br>visitors/month |
| | The Saline Courier [Benton, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,309 [1]<br>visitors/month |
| | Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,272 [1]<br>visitors/month |
| | Borger News Herald [Borger, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,262 [1]<br>visitors/month |
| | Jotup<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Business Services | 1,241 [1]<br>visitors/month |
| | The Pilot News [Plymouth, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,222 [1]<br>visitors/month |
| | The Morning News [Blackfoot, ID]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,123 [1]<br>visitors/month |
| | Daily Times Leader [West Point, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,056 [1]<br>visitors/month |
| | The Evening Leader [St. Marys, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,018 [1]<br>visitors/month |
| | The Post and Mail [Columbia City, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 946 [1]<br>visitors/month |
| | ProfitQuotes<br>Online 🖥 View Release | United States | Financial News Service | Financial | 881 [1]<br>visitors/month |
| | The Observer News Enterprise [Newton, NC]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 771 [1]<br>visitors/month |
| | Big Spring Herald [Big Spring, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 766 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | The Newport Daily Express [Newport, VT]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 745 [1]<br>visitors/month |
|  | Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 697 [1]<br>visitors/month |
|  | Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 678 [1]<br>visitors/month |
|  | Magazines Today<br>Online 🖥 View Release | Global | Trade Publications | Media & Information | 669 [1]<br>visitors/month |
|  | Fat Pitch Financials<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 647 [1]<br>visitors/month |
|  | Axcess News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 613 [1]<br>visitors/month |
|  | Winslow, Evans & Crocker<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 612 [1]<br>visitors/month |
|  | Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 586 [1]<br>visitors/month |
|  | The Deer Park Tribune [Deer Park, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 559 [1]<br>visitors/month |
|  | Mammoth Times [Mammoth Lakes, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 547 [1]<br>visitors/month |
|  | The Antlers American [Antlers, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 530 [1]<br>visitors/month |
|  | Metals Channel<br>Online 🖥 View Release | United States | News & Information Service | Industrial | 519 [1]<br>visitors/month |
|  | Malvern Daily Record [Malvern, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 514 [1]<br>visitors/month |
|  | Valley City Times-Record [Valley City, ND]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 499 [1]<br>visitors/month |
|  | Inyo Register [Bishop, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 485 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | El Popular [Bakersfield, CA]<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 481 [1]<br>visitors/month |
| | AngelaCARES<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Medical/Healthcare | 438 [1]<br>visitors/month |
| | Decatur Daily Democrat [Decatur, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 430 [1]<br>visitors/month |
| | My Silly Little Gang<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 355 [1]<br>visitors/month |
| | Forefront Media News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 336 [1]<br>visitors/month |
| | Quertle<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Medical/Healthcare | 335 [1]<br>visitors/month |
| | Minster Community Post [Minster, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 293 [1]<br>visitors/month |
| | 1stCounsel<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | 188 [1]<br>visitors/month |
| | A Rain of Thought<br>Online 🖥 View Release | United States | Blog | Entertainment | 185 [1]<br>visitors/month |
| | SOGOTRADE<br>Online 🖥 View Release | United States | News & Information Service | Financial | 181 [1]<br>visitors/month |
| | Willard Post<br>Online 🖥 View Release | Global | Blog | Multicultural & Demographic | 83 [1]<br>visitors/month |
| | Physician Family<br>Online 🖥 View Release | United States | Trade Publications | Medical/Healthcare | 65 [1]<br>visitors/month |
| | Invertir USA<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 64 [1]<br>visitors/month |
| | Folsom Local News [Folsom, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 64 [1]<br>visitors/month |
| | Manhattanweek<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 64 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Intern Daily<br>Online 🖥 View Release | United States | Trade Publications | Medical/Healthcare | 23 [1]<br>visitors/month |
| | Gateway News Source<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 23 [1]<br>visitors/month |
| | Canadian Journalism Forum on Violence and Trauma<br>Online 🖥 View Release | Canada | Online News Sites & Other Influencers | Policy & Public Interest | Not Available |

\*Data sources: [1] SimilarWeb [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*\*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.*

# Traffic

## Overview

| RELEASE VIEWS & HITS | 30K | MULTIMEDIA | 0 |
|---|---|---|---|

| | |
|---|---|
| Release Views | **29K** |
| Media Views | **59** |
| Public Views | **29K** |
| Partner Sites | **138** |
| PR Newswire Properties | **28K** |
| Release Web Crawler Hits | **1K** |

## Release Views
### Release Views Over Time

100000

13,655
10 105

# Exhibit B

**CLASSAURA**

1718 Peachtree St #1080                                                          214.502.9376
Atlanta, GA 30309                                                        gajan@classaura.com


**By Priority Mail**

The United States Attorney General,
State Attorneys General, and
Territory Attorneys General


November 15, 2020

**Re: In Re Cobra Sexual Energy Sales Practices Litigation,**
**United States District Court for the Central District of California,**
**Case No. 2:13-cv-05942-AB-Ex**


Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1711 et seq. ("CAFA"), and on behalf of the Defendant in the above-referenced action, this letter provides notice of the proposed settlement of the above-captioned matter.  Toward that end, and in accordance with CAFA, please find enclosed a CD containing the following documents:

1.  The Complaint, First Amended Complaint, Second Amended complaint in the litigation;

2.  The District Court's order granting-in-part and denying-in-part Defendant's Motion to Dismiss;

3.  The District Court's order granting Class Certification;

4.  The District Court's order granting Defendant's Motion for Class Decertification;

5.  The Court of Appeal's order for Reversal;

6.  The Supreme Court's order for Reversal of the Court of Appeals;

7.  The Court of Appeal's order dismissing Defendant's Appeal;

8.  The District Court's order rescinding Class Decertification;

9.  The District Court's order granting Plaintiff's Motion for Preliminary Approval of Settlement;

10. The Motion for Preliminary Approval of Settlement;

11. The Long-Form and Short-Form notifications that will be provided to class members informing them of the proposed settlement and their right to be excluded from the class (attached as Exhibits 2 and 3 to the Motion for Preliminary Approval of Settlement);

12. The parties' Proposed Settlement Agreement (attached as Exhibit 1 to the Motion for Preliminary Approval of Settlement); and

13. A partial list of potential class members who purchased the product directly from the defendant

The proposed definition for the Settlement Class extends to:

All persons (excluding officers, directors, and employees of Defendant Nutraceutical Corp.) who purchased, between August 14, 2009 and December 31, 2020, Defendants' Cobra Products (in all packaging sizes and iterations) in California for their own use rather than resale or distribution.

Dkt. 267-15 (reinstating class); *see also* Dkt. 290 (maintaining the "same class that the Court certified," but changing the "end date [to] December 31, 2020").

The vast majority of sales of the subject products were made through independently operated retail stores and, thus, are not in Defendant's possession, custody, or control.  Accordingly, there is no precise tally of the number of class members in each state, nor is there available a complete list of class members in each state.  However, since the settlement covers only purchases made in the state of California, it seems likely that the vast majority of class members reside in California.

We hereby advise you that no agreements of any kind were made contemporaneously between class counsel and counsel for defendant.

A fairness hearing for the case has been scheduled for February 19, 2021 at 10 a.m., at the U.S. District Court for the Central District of California, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012.

If you have questions about this notice, the lawsuit, or the enclosed materials, please contact me at the address below.

Sincerely,


Gajan Retnasaba

Cobra Sexual Energy Class Action Administrator

Classaura LLC
1718 Peachtree St #1080
Atlanta, GA 30309

214.502.9376
gajan@classaura.com

# Exhibit C

**(When required)**
RECORDING REQUESTED BY AND MAIL TO:

**D A I L Y   C O M M E R C E**
~ SINCE 1917 ~

915 E FIRST ST, LOS ANGELES, CA 90012
Mailing Address:  P.O. Box 54026, Los Angeles, California 90054-0026
Telephone  (213) 229-5300 / Fax  (213) 229-5481

This space for filing stamp only

GAJAN RETNASABA
CLASSAURA LLC
1718 PEACHTREE ST #1080
ATLANTA, GA - 30309

DC #: 3431355

<u>LEGAL NOTICE</u>
**If you purchased any Cobra Sexual Energy product in California, you May Benefit From a Proposed Class Action Settlement**

*In re Cobra Sexual Energy Sales Practices Litig.*
U.S. District Court for the Central District of California
No. 2:13-cv-05942-AB-Ex (C.D. Cal.)

If you purchased any Cobra Sexual Energy product in California between August 9, 2014 and December 31, 2020, please read this notice. A class action settlement gives you certain rights, including the right to make a claim for your share of a cash settlement fund, and also has certain deadlines. The class action claims the herbal supplement Cobra Sexual Energy is falsely advertised and an unapproved aphrodisiac in violation of California law. The defendant strongly denies this, and the Court has made no decision on these issues. The case was litigated for seven years, and rather than continue litigating the case in court, the two sides have agreed to a class action settlement. In addition to the cash relief, the defendant has also agreed to make certain changes to Cobra's label.

You now have the following options. First, the attorneys who filed the case and were appointed to represent you recommend that you go to the settlement website (CobraLawsuit.com) and file a claim form, and then receive a payment if the Court approves the settlement. Second, you can ignore this notice and do nothing. You will not get a settlement payment, but you will give up the right to sue over claims related to Cobra's labels and advertising, though not for personal injury. Third, you can exclude yourself. If you exclude yourself, you get no settlement payment but keep the right to sue over these claims at your own expense. Finally, you can object to the settlement and tell the judge why you do not want the settlement to be approved.

You can make a claim at CobraLawsuit.com, as well as get more detailed information about this case, the settlement, and your options, as this is a summary only. If you need help and cannot access the Internet, you can also ask questions by mail by writing to Cobra Sexual Energy Litigation, c/o Classaura, 1718 Peachtree St NW #1080, Atlanta, GA 30309 or call 1-888-977-3554. If possible, please consult the website CobraLawsuit.com.com before calling. Do not contact Nutraceutical or the Court, except if you are serving and filing an objection. The deadline to file a claim form is March 6, 2021, but your appointed attorneys recommend that you file a claim now if you are eligible so you don't forget later, and to help them plan the cash distribution and estimate the settlement claims rate.

CNSB#3431355

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California                      )
County of Los Angeles           ) ss

Notice Type:      GPN - GOVT PUBLIC NOTICE

Ad Description:

In re Cobra Sexual Energy Sales Practices Litig

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the DAILY COMMERCE, a newspaper published in the English language in the city of LOS ANGELES, county of LOS ANGELES, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of LOS ANGELES, State of California, under date 10/30/1981, Case No. 599760.  That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

01/12/2021, 01/19/2021, 01/26/2021, 02/02/2021

Executed on: 02/02/2021
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

